IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
|    Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-09-865 |
| | § | (C.A. No. C-12-125) |
| OSCAR PENA, | § | |
| | § | |
|    Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment dismissing with prejudice Oscar Pena's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

It is so ORDERED this 4th day of January 2013.

_____
HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE